UNITED STATES of America, Appellee, v.
Frank GOLDMAN, David Pudalov and
Samuel Goldbaum, Appellants.
No. 379.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

Joseph G. M. Browne, of Brooklyn, N. Y., for Goldman and Pudalov.

Morris E. Packer, of Brooklyn, N. Y., for Goldbaum.

Maxwell Parnes, of New York City, and Herbert H. Kellogg, of Brooklyn, N. Y., for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America, Appellant, v.
John C. HAITHCOX, Appellee.
No. 3467.

Circuit Court of Appeals, Fourth Circuit.
April 12, 1933.

J. R. McCrary, U. S. Atty., and Thomas C. Carter, Asst. U. S. Atty., both of Greensboro, N. C.

H. Grady Goode and Walter Hoyle, both of Charlotte, N. C., for appellee.

PER CURIAM.

Case dismissed under rule 20 by agreement of counsel.

UNITED STATES of America v. Mrs. Maggie
C. JACKSON, Adm'x.
No. 6240.

Circuit Court of Appeals, Sixth Circuit.
April 14, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn., and Wilbur C. Pickett, of Washington, D. C.

Keith Bohannon, of Cookeville, Tenn., for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for new trial.

UNITED STATES of America v. Thomas A.
KELLEY.
No. 6292.

Circuit Court of Appeals, Sixth Circuit.
March 18, 1933.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

Bowen & Bowen, of Knoxville, Tenn., for appellee.

PER CURIAM.
Judgment of District Court affirmed.